# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LARRY McGUIRE

NO. 2019 KW 0722

SEP 03 2019

---

In Re:   Larry McGuire, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 227940.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

> TMH
> AHP
> WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT